`BEFORE: Anne Y. Shields, USMJ                                            DATE: 3-8-2017

## CRIMINAL CAUSE FOR ARRAIGNMENT

DOCKET #: CR-17-122-SJF-AKT            CAPTION: USA v. Patrick Kemp

DEFENDANT: Patrick Kemp    Deft. #1    COUNSEL: Joseph Kilada
  X  Present  ___Not Present   X  In custody  __Bail      X  CJA  ___Retained  ___Federal Defenders
                               ___Self Surrender

GOVERNMENT: Nicole Boeckman        COURT REPORTER: N/A

INTERPRETER: (sworn) - Language-

COURTROOM DEPUTY: J.T.  PRETRIAL REPORT PREPARED BY: N/A
                                   PTSO: Brian Manganaro    X  present  ___not present

FTR: 3:10-3:14

| | |
|---|---|
| X | Case called. |
| X | Defendant arraigned on Counts 1, 2, 3 of the Indictment. |
| ___ | Defendants initial appearance. |
| X | Defendant waives public reading and **pleads not guilty Counts 1, 2, 3** of the Three (3) Count Indictment. |
| ___ | Preliminary Hearing waiver executed. |
| X | Speedy Trial Order Information: Code Type: X-  Start Date: 3-08-2017 XSTART  Stop Date: 4-05-2017 XSTOP |
| ___ | Waiver of Speedy Indictment executed:   Time excluded from _____ through _____ |
| ___ | Order Setting Conditions of Release and Bond executed for defendant. See bond for details. |
| ___ | Temporary Order of Detention entered for defendant (s): |
| ___ | Detention Hearing scheduled for: |
| X | Permanent Order of Detention entered for defendant. |
| ___ | Rule 40 Hearing held. |
| ___ | Removal Hearing scheduled for: |
| X | Status Conference set for : 4/5/2017 at 11:15 a.m. before District Judge Feuerstein. |
| ___ | Defendant continues on Bond. Bond conditions remain the same. |
| X | Defendant continues in custody. |

OTHER: _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 08 2017 ★
LONG ISLAND OFFICE